### ADAS YESHURUN SOCIETY *v.* FISH.

CANDLER, J. A petition filed in the name of the "Adas Yeshurun Society" may be so amended as to show that the plaintiff is a corporation. *Smith* v. *Columbia Jewelry Co.*, 114 *Ga.* 608.

2. An action upon open account to recover a sum of money alleged to be due for "section in city cemetery" is not a suit involving the title to land.

> *Judgment reversed. By five Justices.*

117 345
Case 1
119 617
117 345
121 62
117 345
Case 1
d122 775

Argued February 12, — Decided March 13, 1903.

Complaint. Before Judge Taliaferro. City court of Sandersville. July 28, 1902.

*Evans & Evans*, for plaintiff.
*Rawlings & Howard* and *R. H. Lewis*, for defendant.